**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANDRANIK KHANJARYAN, | No. 06-72939 |
| Petitioner, | Agency No. A079-578-025 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 23, 2014[**]

Before:     W. FLETCHER, RAWLINSON, and CHRISTEN, Circuit Judges.

Andranik Khanjaryan, a native of the former U.S.S.R. and a citizen of

Armenia, petitions for review of the Board of Immigration Appeals' order

dismissing his appeal from an immigration judge's decision denying his motion to

reopen removal proceedings conducted in absentia.  We have jurisdiction under

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

8 U.S.C. § 1252.  We review for abuse of discretion the denial of a motion to reopen, *Mohammed v. Gonzales*, 400 F.3d 785, 791 (9th Cir. 2005), and we deny the petition for review.

The agency did not abuse its discretion by denying Khanjaryan's motion to reopen where Khanjaryan did not offer any grounds for rescission of his in absentia order of removal.  *See* 8 U.S.C. § 1229a(b)(5)(C); 8 C.F.R. § 1003.23(b)(4)(ii).

**PETITION FOR REVIEW DENIED.**